UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOHN ANTHONY HERNANDEZ,                    1:05-cv-00240-AWI-SMS-P

        Plaintiff,              **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 8)

vs.

                                 **ORDER DISMISSING ACTION**

RAYMOND ANDREWS, et al.,

        Defendants.
_____/

    Plaintiff John Anthony Hernandez ("plaintiff") is proceeding pro se and in forma pauperis in this civil rights action pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors.  The matter was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On October 28, 2005, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

1  In accordance with the provisions of 28 U.S.C.
2  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3  <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the
4  entire file, the Court finds the Findings and Recommendations to
5  be supported by the record and by proper analysis.
6  Accordingly, IT IS HEREBY ORDERED that:
7  1.  The Findings and Recommendations, filed October 28,
8  2005, is ADOPTED IN FULL; and,
9  2.  This action is DISMISSED, without prejudice, based on
10 plaintiff's failure to obey the court's order of September 21,
11 2005.

13 IT IS SO ORDERED.

14 **Dated:   December 20, 2005**              /s/ Anthony W. Ishii
   0m8i78                                  UNITED STATES DISTRICT JUDGE